United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| ROBIN RANA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00808 |
| | § | |
| WARDEN, Rio Grande Detention | § | |
| Center, *et al.*, | § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names the Warden of the Rio Grande Detention Center; Miguel Vergara, ICE-ERO Field Office Director; Markwayne Mullin, Secretary of U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; and Todd Lyons, Acting Director of ICE, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than May 11, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than May 18, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least five (5) days before any such transfer. The parties are

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on May 4, 2026.

John A. Kazen
United States District Judge